IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA

United States of America,

      Plaintiff,

v.                                                                                  Case No.:  3:19-mj-168

Bao Hoang Nguyen,

      Defendant.

**ORDER FOR APPOINTMENT OF COUNSEL**

Defendant has applied for court-appointed counsel in this matter.  The Court has inquired and is satisfied that Defendant is qualified for representation under 18 U.S.C. § 3006A.

Accordingly, **Amanda Corey** is appointed as counsel to represent the defendant in this matter.

Dated this 17th day of May, 2019.
*(Nunc Pro Tunc Date:  May 14, 2019)*

                                            */s/ Alice R. Senechal*
                                            Alice R. Senechal
                                            United States Magistrate Judge